UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL VALERA,<br><br>            Plaintiff,<br><br>     v.<br><br>B. VASQUEZ,<br><br>            Defendant. | No. 2:23-cv-00191-DAD-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 24, 36) |

Plaintiff Joel Valera is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 13, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion for summary judgment (Doc. No. 24) be granted. (Doc. No. 36.) Specifically, based upon the evidence submitted by the parties on summary judgment, the magistrate judge concluded that defendant was entitled to judgment in his favor on the merits of plaintiff's claim of excessive use of force and sexual assault in violation of his Eighth Amendment rights. (*Id.* at 10–15.)

Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 11.) On

/////

1

September 3, 2024, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 38.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections and the two surveillance video recordings, the court concludes that the findings and recommendations are supported by the record and proper analysis. The arguments raised by plaintiff in the objections are thoroughly and correctly addressed in the findings and recommendations.

Accordingly:

1. The findings and recommendations issued on August 13, 2024 (Doc. No. 36) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 24) is granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 6, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE