UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL VALERA,

    Plaintiff,

  v.

B. VASQUEZ,

    Defendant.

No. 2:23-cv-00191-DAD-EFB (PC)

ORDER

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  The court granted defendant's motion for summary judgment and entered judgment against plaintiff on September 6, 2024.  ECF Nos. 39, 40.  Plaintiff has appealed. Plaintiff asks the court to direct preparation of trial transcripts at the government's expense.  ECF No. 44.

    Under 28 U.S.C. §§ 753(f) and 1915(c), the court may order the government to pay for transcripts if the trial judge or a circuit judge certifies that an appeal is not frivolous, and the transcript is needed to decide an issue presented by the suit or appeal.  Here, plaintiff has made no showing of need; he simply states that he needs the transcripts to proceed with his appeal.  ECF No. 44 at 1.  Plaintiff does not state the issues presented by the appeal, explain why transcripts are needed, or identify the specific transcripts he seeks.  Indeed, no hearing occurred in this action – the case was resolved on defendant's summary judgment motion.  ECF No. 36.

1

1  Accordingly, plaintiff's motion for preparation of transcripts at government expense (ECF
2  No. 44) is DENIED.
3  So ordered.

5  Dated: May 12, 2025

   EDMUND F. BRENNAN
6  UNITED STATES MAGISTRATE JUDGE